Civil Action No. ___24MC34___



| | |
|---|---|
| **IN RE MISSION HEALTH ANTITRUST LITIGATION** | **W.D.N.C. Civil Action No.: 1:22-cv-00114-MR** |

### DEFENDANTS' MOTION TO COMPEL NON-PARTY BLUE CROSS BLUE SHIELD OF NORTH CAROLINA TO PRODUCE DATA AND DOCUMENTS[1]

Pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, Defendants

HCA Healthcare, Inc., HCA Management Services, LP, HCA, Inc., MH Master Holdings,

LLLP, MH Hospital Manager, LLC, and MH Mission Hospital, LLLP (hereinafter

collectively, the "HCA Defendants") and ANC Healthcare, Inc. (formerly known as

Mission Health System, Inc.) and Mission Hospital, Inc. (hereinafter collectively, the

"ANC Defendants" and together with the HCA Defendants, the "Defendants")

respectfully move to compel Blue Cross Blue Shield of North Carolina ("BCBSNC") to

---

[1] Pursuant to Section 3 of the Stipulated Joint Coordination Order in the underlying litigation (*In Re Mission Health Antitrust Litigation*, ECF No. 88), Defendants bring this Motion in this action in the first instance. Resolution of this Motion would apply to the identical subpoena served in the related state court action, "as the parties will not engage in duplicative or serial motion practice concerning discovery disputes that involve coordinated discovery across state or federal court, absent good cause shown." *Id.* The documents produced by BCBSNC will be used in both actions.

1

Case 1:24-mc-00034-UA-JEP     Document 1     Filed 12/26/24     Page 1 of 7

comply with Defendants' subpoenas served in litigation pending in the United States District Court for the Western District of North Carolina, *In Re Mission Health Antitrust Litigation*, Civil Action No. 1:22-cv-00114, and in the North Carolina Superior Court in Buncombe County, *Davis, et al. v. HCA Healthcare, Inc., et al.*, No. 21- CVS-3276 (N.C.B.C.). Specifically, Defendants move to compel BCBSNC to comply with Defendants' subpoenas by producing within 21 days all documents and information responsive to their high priority requests, Document Request Nos. 6-12, 15, 18, 19, 20, 22-23 (the "High Priority Requests").

In support of this Motion, Defendants state as follows:

1. As part of discovery in *In Re Mission Health Antitrust Litigation*, No. 1:22-CV-00114 (W.D.N.C.) and *Davis, et al. v. HCA Healthcare, Inc., et al.*, No. 21- CVS-3276 (N.C.B.C.), Defendants served two identical subpoenas on Blue Cross Blue Shield of North Carolina on June 17, 2024 (the "Subpoenas"). *See* Declaration of Dana C. Lumsden ¶ 3, filed concurrently herewith.

2. The Subpoenas commanded BCBSNC to produce certain documents and data in Durham, North Carolina on July 17, 2024. Decl. ¶¶ 3.

3. After serving the Subpoenas, Defendants conferred in good faith with counsel for BCBSNC on numerous occasions in an effort to resolve areas of disagreement and to obtain compliance with the Subpoenas without court action. *See* Decl. ¶¶ 5-18.

2

4.    On December 20, 2024, counsel for Defendants and BCBSNC were unable to reach an agreement with respect to BCBSNC's obligations under the Subpoenas, and Defendants informed BCBSNC that they would be filing the instant Motion. A copy of Defendants' Rule 37.1 Certification is attached hereto.

5.    The documents and information sought via Defendants' Subpoenas—especially Defendants' High Priority Requests—are relevant to Plaintiffs' claims against Defendants and Defendants' defenses thereto and are proportional to the needs of this case.

6.    Although BCBSNC has produced certain data and go-get documents in response to certain of the Subpoenas' requests, it has refused to produce custodial ESI or e-mails responsive to the majority of the Subpoenas' requests. Accordingly, BCBSNC has failed to comply with its obligations under Rules 34 and 45 of the Federal Rules of Civil Procedure.

7.    Pursuant to Local Rule 7.2, Defendants file contemporaneously herewith a Memorandum in Support of Defendants' Motion to Compel ("Brief"). For the reasons discussed in this Motion and in the Brief, Defendants request that the Court compel the production of all documents and information responsive to Defendants' High Priority Requests.

WHEREFORE, Defendants respectfully request that the Court enter an Order compelling BCBSNC to produce, within 21 days, all documents and information

3

responsive to Document Request Nos. 6-12, 15, 18, 19, 20, 22-23 contained in the

Subpoenas and any other relief that the Court deems just and proper.

Dated: December 23, 2024    Respectfully submitted,

*/s/ Phillip T. Jackson*
Phillip T. Jackson (N.C. Bar No. 21134)
John Noor (N.C. Bar No. 43102)
David Hawisher (N.C. Bar No. 55502)
ROBERTS & STEVENS, PA
P.O. Box 7647
Asheville, NC 28802
Phone: (828) 252-6600
pjackson@roberts-stevens.com
jnoor@roberts-stevens.com
dhawisher@roberts-stevens.com

*Counsel for the HCA Defendants*

*/s/ Dana C. Lumsden*
Dana C. Lumsden (N.C. Bar No. 32497)
Hanna E. Eickmeier (N.C. Bar No. 54927)
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: 704-338-6034
Facsimile: 704-332-8858
dlumsden@bradley.com
heickmeier@bradley.com

Jonathan H. Todt (N.C. Bar No. 52952)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, D.C. 20005
Telephone: 202-842-8800
Facsimile: 202-842-8465
jonathan.todt@faegredrinker.com

*Counsel for the ANC Defendants*

4

# LOCAL RULE 37.1 CERTIFICATION

The undersigned counsel hereby certify that the undersigned personally conferred in good faith with counsel for Blue Cross Blue Shield of North Carolina by e-mail, letter, and videoconference regarding this matter, and that, pursuant to L.R. 37.1, the parties made diligent attempts to resolve their differences but are unable to reach an accord. Participants during the meet and confer process included: Phillip Jackson and Bryant Cross (Counsel for HCA Defendants), John Yi, Alison Agnew, Dana Lumsden, and Hanna Eickmeier (Counsel for ANC Defendants), and Jim Burns (Counsel for Non-Party BCBSNC), as well as counsel for Plaintiffs in the underlying litigations. In correspondence dated December 13 and via videoconference on December 20, 2024, counsel for Defendants informed BCBSNC that they did not have an agreement and would proceed with this Motion.

This, the 23rd day of December, 2024.

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Dana C. Lumsden*
Dana C. Lumsden

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing ***Defendants'***

***Motion to Compel*** was filed via Federal Express and served via e-mail upon counsel for

non-party Blue Cross Blue Shield of North Carolina and all counsel of record in *In Re*

*Mission Health Antitrust Litigation*, 1:22-cv-00114 as follows:

James M. Burns
WILLIAMS MULLEN
8350 Broad Street, Suite 1600
Tysons, VA 22102
jmburns@williamsmullen.com

*Counsel for BCBSNC*

Brendan P. Glackin
Dean M. Harvey
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
bglackin@lchb.com
dharvey@lchb.com

Daniel E. Seltz
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
dseltz@lchb.com

Robert N. Hunter, Jr.
Fred Berry
John F. Bloss
HIGGINS BENJAMIN, PLLC
301 North Elm Street, Suite 800
Greensboro, NC 27401
rnhunterjr@greensborolaw.com
fberry@greensborolaw.com
jbloss@greensborolaw.com

Robert E. Litan
Daniel J. Walker
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
rlitan@bm.net
dwalker@bm.net

Eric L. Cramer
Andrew C. Curley
Jacob M. Polakoff
Julia R. McGrath
J. Taylor Hollinger
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
ecramer@bm.net
acurley@bm.net
jpolakoff@bm.net
jmcgrath@bm.net
thollinger@bm.net

*Counsel for Plaintiffs*

6

This the 23rd day of December, 2024.

BRADLEY ARANT BOULT CUMMINGS LLP

By:    /s/ Dana C. Lumsden
       Dana C. Lumsden

7